Eastern District of Kentucky
FILED
NOV 0 3 2005
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

I.

"Case Number: 05-382
JMH

Mary E Clay
1973 Pedro Pike
Cynthiana Ky
41031

October 31/2005

United States of america
Plaintiff

V.

Mary Elizabeth Clay, Et AL.
Defendant

October 20/2005 there was a lady down at my home. She said her Name was Sherry left a Note on the Outside my outer door telling me too call her A.S.A.P. her Number 1-859-283-4340 I was sleeping i went too the Window said she was from the US Marshalls office in Lexington Ky. I talked too her from the Window she ask for my Signature, i did Not give it too her So she Put the Summons in my Mail Box In Regards too the (complaint) This Farm was given too me in 2004 under (The Free art) Frat and deed of the United States of america.

The Department of agriculture. Through the Commander of the United States A. President Bush Washington D.C.
B. Homeland Security Washington De.

II For an expression of Thanks, what i did Back in 2004 for the Security of this (Country) i let President Know Several thing and Homeland Security) i my-self cannot tell you Without (Written Permission) From the President. i let him know how This Farm Service did me about my Farm. So the act i did. President Bush and the United States department of agriculture. Rleased this Farm Through (The Owen County) Which is Williamstown Ky Through (The Rural Development Manager (Deborah K. Glass)
Title: Rural Development Manager
This is What was Released -

    A. Position I (Chattels)
    B. Position V (Real Estate)

any one that Reads this should ask Why the Washington DC Office Went through the Williamstown office of Rural Development and Not The Farm Service agency in (Cynthiana) office Well i tell you Because (Mr. Blaine told me that Washington DC. did Not Want me too. he said go too the Clerks Office that is What i did he gave me a 4 Sheet Paper i made a copy of it and gave the Original too the Clerk Back in the deed Room and miss or mrs Barnes gave me a Rlease of

    A. Position I (Chattels)
    B. Position V (Real Estate)

I am answering this Complaint as being (innocent)

III. I Mary Elizabeth Clay will Walk into any Court and defend my home. knowing my God the way i know his word and spend Personal time, With him in his Word and Prayer. he will Surely Fight my Battle.

I hope you know all those that are doing me Wrong My God With Chastise you, Because he loves you. you have troubled me, Not Wanting too do the Wright
                                                                                    Wright

This my God is going too whip you in a time you Think Not.

I stand Ready For you too set a Court Date.

P.S. (The Free act) Exempts me From Paying Future Real Estate (Toxes)

Sincerely yours
Mary Elizabeth Clay

3 Copies of This Sent

A. Gregory F. Van Talinhove
B. United States District Court Eastern Lexington
C. H. Davies Sledd

Please get acquainted with the Free act and you will Never Forget what it is.

I Mary Clay Spoke too (Lisa Moore) too Rend copies too 3