

Mary E Clay
1973 Pedro Pn
Cynthiana Ky 41

United States District Court
District of Eastern
Po Box 3074
Lexington Ky 40588-3074