UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON

CIVIL ACTION NO. 05-382 JMH                    **ELECTRONICALLY FILED**

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.    PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT
       <u>AGAINST DEFENDANT, AMERICAN GENERAL HOME EQUITY, INC.</u>

MARY ELIZABETH CLAY                                                  DEFENDANTS
THE UNKNOWN SPOUSE OF MARY ELIZABETH CLAY
AMERICAN GENERAL HOME EQUITY, INC.

\*   \*   \*   \*   \*   \*   \*

This is a mortgage lien and chattel security interest foreclosure action brought by the United States on behalf of its Department of Agriculture, Farm Service Agency. The real property which is the subject of this action is located in Harrison County, Kentucky, within the jurisdiction of this Court.

As set forth in Paragraph 20 of the Complaint, American General Home Equity, Inc. is joined as a defendant in this action because it may claim an interest in or lien upon the subject property by virtue of an unreleased mortgage from Mary Elizabeth Clay which encumbers the subject property recorded on August 24, 2004 in Mortgage Book 263, Page 423, in the Harrison County Clerk's

1

Office. The interest in or lien upon the subject property is inferior in rank and subordinate in priority to the mortgage lien on the property in favor of the United States, and the plaintiff is entitled to a foreclosure sale of the property free and clear of any interest therein or claim thereon in favor of American General Home Equity, Inc. by virtue of said mortgage. Said defendant received personal service of process herein, and is in default.

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, the plaintiff moves the Court for entry of an <u>In Rem</u> Judgment by default against American General Home Equity, Inc. to the effect that the plaintiff's mortgage lien on the property is prior and superior to any lien or claim on the property in favor of said defendant by virtue of the said mortgage; that said defendant is forever barred from asserting any interest in or lien upon the subject property by virtue of its said mortgage; and that the foreclosure sale of the property shall be free and clear of any interest therein or claim thereon in favor of said defendant.

The default of the defendant, American General Home Equity, Inc., was entered herein by the Clerk on December 19, 2005, and the defendant has taken no action to have the default set aside.

The plaintiff's Motion for Summary Judgment against the defendant, Mary Elizabeth Clay, is filed simultaneously herewith. The plaintiff's proposed judgment against American General Home Equity, Inc. is included in the proposed judgment and order of sale

2

tendered with the summary judgment motion.

                        Respectfully submitted,

                        AMUL R. THAPAR
                        UNITED STATES ATTORNEY


                By:   s/ H. Davis Sledd
                    H. Davis Sledd
                    Assistant United States Attorney
                    110 West Vine Street, Ste. 400
                    Lexington, KY 40507
                    Phone:  (859) 233-2661 Ext. 164
                    Fax: (859) 233-2533
                    davis.sledd@usdoj.gov

CERTIFICATE OF SERVICE

This will certify that I electronically filed the foregoing into the Court's record of this action by using the Court's CM/ECF Electronic Filing System, and that any order or judgment the United States proposes in connection therewith is an attachment to the filing.

This will further certify that a true and correct copy of the foregoing, together with a copy of any order or judgment the United States proposes in connection therewith, has been served by mailing same to:

Mary Elizabeth Clay
1973 Pedro Pike
Cynthiana, KY 41031
DEFENDANT *PRO SE*

On this the 17th day of May, 2006.

> s/ H. Davis Sledd
> H. Davis Sledd
> Assistant United States Attorney

9