Civil action 05-382 JMH
United States of America
vs. (Mary E Cley)

May 25/2006

Evangelist
Mary Cley
1973 Pedro Pike
Cynthiana Ky 41031

"Federal Judge"
Joseph Hood

Eastern District of Kentucky
FILED
MAY 26 2006
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

I am Mary Cley Responding too these charges Brought against me about this Foreclosure of my Property and home. These charges are Not true.
I ask that When the United States Farm Service Agency Brings me in Court too set a trial date

I ask Judge that you (Permit) The New Media too Be Present.

Sincerely yours

Mary E Cley
1973 Pedro Pike
Cynthiana Ky 41031


" Copy Sent too you "
" Federal Judge "
" Joseph Hood "

" Copy Kept by me ( Mary E Cley )

Mary E Ury
1973 Pedro Pike
Cynthiana, Ky 41031

att: Judge Hood

CERTIFIED MAIL

7006 0100 0003 8690 5427



U.S. POSTAGE PAID
PARIS, KY
40361
MAY 25, 06
AMOUNT
$4.64
00076843-05



United States District Court
District of Eastern
P O Box 3074
Lexington Ky 40588-3074