**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

CIVIL ACTION NO. 05-382-JMH                                    ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                                      PLAINTIFF

VS.        **MOTION FOR SUMMARY JUDGMENT AND**
           **MOTION TO DISMISS COUNTERCLAIM**

MARY ELIZABETH CLAY, ET AL                                                  DEFENDANTS

\* \* \* \* \*

Comes the Plaintiff, the United States of America, through counsel, and moves this Court for Summary Judgment on its original Complaint filed herein, and for Dismissal of the Counterclaim filed against it by Defendant Mary Clay. Plaintiff moves for dismissal of the Defendant's Counterclaim on the following grounds: (1) the counterclaim is barred by the Discretionary Function Exception of the Federal Tort Claims Act; (2) Count 1 of said counterclaim fails to state a claim for promissory estoppel; (3) this Court lacks subject matter jurisdiction over Counts 2 and 3 of said counterclaim; and (4) Counts 2 and 3 fail to state a claim under which relief may be granted. In support of its Motion for Summary Judgment on its original Complaint filed herein, Plaintiff adopts and incorporates its original Motion, Memorandum and supporting documentation as if fully restated herein.

An accompanying Memorandum of Law is filed in support of this Motion.

                                                            Respectfully submitted,

        JAMES A. ZERHUSEN
        United States Attorney

By:    s/ Marianna Jackson-Clay
        MARIANNA JACKSON-CLAY
        CHERYL D. MORGAN
        Assistant United States Attorneys
        United States Attorney's Office
        Eastern District of Kentucky
        260 West Vine Street, Suite 300
        Lexington, Kentucky 40507-1612
        Phone: (859) 685-4820
        Phone: (859) 685-4870
        Email: marianna.clay@usdoj.gov
        Email: cheryl.morgan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2009, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    J. Eileen Zell, Esq.
    ezell@lablaw.org

    Glenda Harrison, Esq.
    gharrison@lablaw.org

    Michael J. O'Hara, Esq.
    mohara@ortlaw.com

                                          s/ Marianna Jackson-Clay
                                          Assistant United States Attorney