**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**CIVIL ACTION NO. 05-382 JMH**                                **FILED ELECTRONICALLY**

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

**VS.**                                       **ORDER**

**MARY ELIZABETH CLAY, ET AL**                                        **DEFENDANTS**

\* \* \* \* \* \* \*

Upon motion of the Plaintiff, and the Court being otherwise sufficient advised,

IT IS HEREBY ORDERED that the Motion of the Plaintiff, United States of America, for Summary Judgment is GRANTED, and a Judgment will be entered contemporaneously with this Order in favor of the United States. It is further ORDERED that Plaintiff's Motion to Dismiss Defendant's Counterclaim is GRANTED, and that the counterclaim filed against the Plaintiff be and is hereby DISMISSED in its entirety.

So ordered this the _____ day of _____, 2009.