**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

CIVIL ACTION NO. 05-382-JMH                                    *ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                   PLAINTIFF

VS.                                    **MOTION TO DISMISS**

MARY ELIZABETH CLAY, ET AL                                              DEFENDANTS

\* \* \* \* \*

    Comes the Plaintiff, United States of America, hereby submits its Motion to Dismiss the above-referenced Complaint, without prejudice. Furthermore, the United States respectfully requests the Court to dismiss, without prejudice, the Counterclaim/Cross-Claim of Defendant Mary Elizabeth Clay, who is currently *pro se*, upon the expiration of 60 days following the service of the instant Motion to Dismiss, if no objection or other response is received from Ms. Clay.

    An accompanying Memorandum of Law is filed herewith.

    Respectfully submitted,

    KERRY B. HARVEY
    UNITED STATES ATTORNEY

    s/ Cheryl Morgan
    Cheryl Morgan
    Assistant United States Attorney
    260 West Vine Street, Suite 300
    Lexington, Kentucky 40507-1612
    (859) 233-2661

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March, 2012, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system. I further certify that the foregoing document and notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participant:

Mary Elizabeth Clay
1973 Pedro Pike
Cynthiana, Kentucky  41031

on this the 16th day of March, 2012.

/s/ Cheryl Morgan
Cheryl Morgan
Assistant United States Attorney