UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 05-382-JMH

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                                   **ORDER**

MARY ELIZABETH CLAY, ET AL                                                                DEFENDANTS

\* \* \* \* \*

Upon Motion of the Plaintiff, United States of America, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss is GRANTED, and a Judgment will be entered contemporaneously with this Order in favor of the United States. It is further ORDERED that Plaintiff's Motion to Dismiss Defendant's Counterclaim/Crossclaim is GRANTED, and that the counterclaim/crossclaim filed against the Plaintiff be and is hereby DISMISSED in its entirety.

So ordered this the _____ day of _____, 2012.