FILED
JUN 1 2 2012

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Case Number

5:05-382-JMH  list

Written June 9/2012
Mailed overnight
June 9/2012

Mary E Clay
1973 Pedro Pike
Cynthiana Ky 41031,

JUN 1 2 2012

To attention:
Joseph M. Hood
Senior U. S district Judge
attention U. S District court:
U. S. District court: PO Box 3074 Lexington Ky
40588

I received a letter June 6/2012 of your Order too dismiss Without Prejudice) and give this Farm too Me if you did Not hear from me in 60 Days you did hear from me

May 10/2012 With the Presence of my attorney We got you a respone too your letter that i received Back too your in
" Overnight Mail "
you Received it May 11/2012
it Was Signed for by B. mirriam

I have a First Amendment right too be heard too express my issues and acted upon, you have No right of retaliation Because i Brought your Farmers Administration too the Fore front from behind the scenes, in Fraud deception all of your Wrong doings Every-thing is = as. Was until i have my issues dealt With.

Page 2

# A

you may be a Judge But i tell you one thing i Will have my Say.

if the U.S. Attorneys office Cannot do their Job and you do yours the right Way Turn in that Robe leave that good Paying Job. I took my Collar off for a little While. Why didNT The attorneys in that office File it May 23/2012 With the Courts?

I tell you Why is because they didNt think that if the time run Out When it did Not that Would be the end of it,

I Will Go too the Pits of Hell With you if My Dad Would Bring me Out.

you thought Will if we give her the Farm it Would Satisfy Not me too So you are mistaking it does Not & I am going too follow Righteous by the Book and So Are you. When you have too call in Someone From the Civil Rights department in Washington D.C. too expose your devilish Act's its Pitiful

Judge Hood have you Counted the Judges that has had that Job before you). Now if you Cannot do the right thing by me get off the Case.

if the Department of agriculture had done the Right thing by People

over Page 3

By the Grace of God Mr. Seton may still be living today, No he blew his brains Out, Sitting there in Lexington Ky in Office. Will i tell you all that is Responsible for that act, has Blood on their hands Guess What? (it Won't Wash off)

This letter lets you Know i do Not accept this Order)

The God i know lets me know

Obedience is Better than Sacrifice And Wisdom is better than strength.

Absolutely No one in your office is Expendable And remember you hold that Position at my President Pleasure. don't Never forget Were you come from Because you Might have too goBack

Respond if you desire Get mad if you Wish But don't let the Sun go down on your Wrath and don't Sin in your Wrath. you Are not doing right yourself don't try too correct others, Because you are adding too your Own damnation

Sincerely yours

Evangelist
Mary Clay
1973 Ledco Pike Cynthian Ky
page 4                    41031

Another thing you counted me as Mental
if God has given you a good Mine be
Glad Because there is too much altimers
disease going on. But don't try too play
With Someone's Mind Just Because you
don't Want too be Righteous. if you Want
too meet me you have a meeting Place
in Paris Ky When all Parties and Respond

Bring your Bible We will have Chursh
becaus i have A Christian Lawyer
That fears, God so do i. All had better
Fear him From the youngest too the
Oldest, Play time is over. This earth
is Mowning for Rightousness. So am
i Because if you Fear God you Will
do right.

"Words too live by

P.S. Koleen                    Evangelist
   Clerk Said this letter        Mary Clay
Will be shown To Judge Hood

    4 Pages Mailed too Judg Hood
    And U, S District Court
           Lexington Ky 40588
           PO Box 3074